AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Salvador Cuevas Jr. | ) | Case No. 8:26-MJ-1024-AAS |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____01/06/2026_____ in the county of _____Hillsborough_____ in the

_____Middle_____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and (b)(1) (A)(ii) | Possession with the Intent to Distribute a Controlled Substance, 5 Kilograms or More of a Mixture Containing a Detectable Amount of Cocaine |

This criminal complaint is based on these facts:

**See Attached Affidavit.**

☑ Continued on the attached sheet.

_Cristina Viveros_

_Complainant's signature_

Cristina Viveros, Special Agent, HSI

_Printed name and title_

Sworn to before me and signed in my presence.

Date: _____January 6, 2026_____

_Judge's signature_

City and state: _____Tampa, FL_____

HON. AMANDA ARNOLD SANSONE

_Printed name and title_

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Cristina Viveros, a Special Agent with Homeland Security Investigations (HSI), being first duly sworn, hereby depose and state as follows.

## Introduction and Agent Background

1. I am a Special Agent with HSI and have been since January 2025. I am currently assigned to the HSI Tampa Airport Port Group. My primary duty is to conduct investigations of individuals and groups suspected of smuggling and trafficking drugs, humans, weapons, money, and other contraband. Through my training, experience, and interaction with other Special Agents and law enforcement entities, I have become familiar with methods of operation used by people who are involved with offenses involving narcotics smuggling. I regularly work with agents from United States Customs and Border Protection (CBP), as well as state and local law enforcement officers. I am cross-designated and have the authority to conduct Title 21 drug investigations and enforcement activities, and I have been involved in investigations of Title 21 drug offenses. I am familiar with the Interagency Cooperation Agreement between DEA and HSI.

2. Prior to my tenure as HSI Special Agent, I worked from July 2016 to December 2018 as a Special Agent with the United States Army Criminal Investigation Division. I earned a Bachelor's degree in Information Technology, Cybersecurity from the University of North Carolina, Pembroke, in Pembroke, NC, and a Master's degree in Data Science from Texas Technical University in Lubbock, TX. Before becoming an HSI special agent, I attended six months of training at the Federal Law Enforcement Center in Glynco, Georgia. After my successful completion of this training, I reported to Tampa, Florida, where I underwent further field-training.

## Statutory Authority

3. This affidavit is submitted in support of a criminal complaint charging Salvador CUEVAS Jr. (date of birth XX/XX/2004) with possession with the intent to distribute a controlled substance, namely, 5 kilograms grams or more of a mixture containing a detectable amount of cocaine, a violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(ii), which CUEVAS Jr. committed in the Middle District of Florida.

4. The facts contained in this affidavit are based on my personal knowledge and on reliable information provided to me by other law-enforcement officers. Because of the limited purpose of this affidavit, I have not included each and every fact known to me, but only those facts that are

necessary to establish probable cause in support of the requested complaint.

## Probable Cause

5. On or about January 6, 2026, detectives with the Tampa International Airport Police Department (TIAPD) were conducting a narcotics investigation on United Airlines flight #418 leaving Los Angeles International Airport (LAX) and arriving to Tampa International Airport (TPA) on January 6, 2026.

6. TIAPD detectives observed Salvador CUEVAS Jr., waiting for a bag and appearing nervous, continuously looking around, and repeatedly checking his phone considerably more than other passengers. TIAPD detectives made contact with CUEVAS Jr. and conducted a consensual encounter. CUEVAS Jr. identified his bag, which had a United bag tag with the name "CUEVASJR/SAL" attached. TIAPD detectives asked CUEVAS Jr. if they could search his bag, and he said that they could. Law enforcement officers then found five clear vacuum sealed packages in CUEVAS Jr.'s bag.

7. A TIAPD Narcotics Detection Dog (NDD) K-9 unit conducted a check of several bags in the area. The NDD K-9 alerted to drugs within CUEVAS Jr.'s bag.

8. Law enforcement officers conducted a field test of one of the packages in CUEVAS Jr.'s bag, and it tested positive for cocaine. One of the packages weighed 2.2 pounds or 1 kilogram. The total weight of the 5 clear vacuum

sealed packages was 12.3 pounds or 5.5 kilograms.

9. During a post-*Miranda* interview, CUEVAS Jr. stated a guy he knows as "Chuko" asked CUEVAS Jr. to transport the five clear vacuum sealed packages from Los Angeles, CA to Tampa, FL. CUEVAS Jr. stated he was going to be paid $5000 to transport the packages for "Chuko." CUEVAS Jr. stated he has transported items for "Chuko" on two other occasions, from Los Angeles, CA to New Jersey, and from Los Angeles, CA to Portland, Oregon.

## Conclusion

10. For the reasons set forth above, I submit that there is probable cause to believe that Salvador CUEVAS Jr. possessed with the intent to distribute a controlled substance, namely, 5 kilograms grams or more of a mixture containing a detectable amount of cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(ii). I therefore request that the Court find that there is probable cause to charge CUEVAS Jr. for this offense.

*Cristina Viveros*
_____
Cristina Viveros, Special Agent
Homeland Security Investigations


Sworn to and subscribed before me this _6_ day of January, 2026.

_____
Hon. Amanda Arnold Sansone
United States Magistrate Judge

4