# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
Salvador Cuevas Jr.

)
)
)
)
)
)

Case No.   8:26-MJ-1024-AAS

*RECEIVED U.S. MARSHALS*
*2026 JAN 9 AM 9:56*

_____
*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Salvador Cuevas Jr.
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Possession with the Intent to Distribute a Controlled Substance, 5 Kilograms or More of a Mixture Containing a Detectable Amount of Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(ii).

Date:    January 6, 2026

_____
*Issuing officer's signature*

Amanda Arnold Sansone, US Magistrate Judge
ELIZABETH WARREN, Clerk, United States District Court

City and state:    Tampa, FL

_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 1/6/26, and the person was arrested on *(date)* 1/9/26 at *(city and state)* Tampa, FL. |
| Date: 1/9/26 |

_____
*Arresting officer's signature*

Cristina Viveros, Special Agent
*Printed name and title*