# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:26-mj-1024-AAS | | DATE: | January 9, 2026 |
|---|---|---|---|---|
| **HONORABLE AMANDA A. SANSONE** | | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>SALVADOR CUEVAS, JR. | | | **LANGUAGE:** | N/A |
| | | | **GOVERNMENT COUNSEL**<br>Jackson Boggs | |
| | | | **DEFENSE COUNSEL**<br>Ryan Maguire | |
| **COURT REPORTER:** Digital | | | **DEPUTY CLERK:** | Jeremiah Smith |
| **TIME:** | 2:40 PM- 2:47 PM | **TOTAL:** 7 Minutes | **PRETRIAL:** | N/A |
| | | | **COURTROOM:** | 10B |

**PROCEEDINGS: INITIAL APPEARANCE**

 Defendant present.

Defendant provided with a copy of the complaint.

The Court advises the Defendant of the charges and Rule 5 rights.

Oral Order of Due Process entered.

Defendant filed a financial affidavit.

Defendant makes an oral motion for appointment of counsel. Motion granted, and the Court appoints the Office of the Federal Public Defender.

Preliminary hearing waived.

## Detention:

The Government seeks detention.

Defense requests that the detention hearing be continued to January 14, 2026.

The Court orders the Defendant temporarily detained and schedules the detention hearing for January 14, 2026, at 2:00 p.m.

Defendant remanded to the custody of the United States Marshals Service.

Court adjourned.