UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


UNITED STATES OF AMERICA

v.                                                        Case No. 8:26-mj-1024-AAS

SALVADOR CUEVAS, JR.
_____/


## ORDER OF DETENTION

This cause came before the Court on the Defendant's initial appearance on a Complaint charging him with one count of Possession with Intent to Distribute a Controlled Substance, five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine (Doc. 1). The government sought to detain the Defendant, and the Defendant deferred on the matter, electing to reserve the right to address the issue of his release at a later date.

In light of the nature of the charged offenses, there is a statutory presumption—unrebutted at this point—that the Defendant poses a risk of flight and a danger to communal safety. 18 U.S.C. § 3142(e)(3)(E). Accordingly, the Court directs that the Defendant be detained. Counsel may revisit the matter of the Defendant's release by subsequent motion should the circumstances warrant such relief.

The Defendant is hereby committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED in Tampa, Florida, this 13th day of January 2026.

AMANDA ARNOLD SANSONE
United States Magistrate Judge

Copies to:
Counsel of record

2