JAN 13 2026 PM4:03
FILED - USDC - FLMD - TPA

RECEIVED U.S. MARSHALS
2026 JAN 9 AM 9:56

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>Salvador Cuevas Jr. | )<br>)<br>)<br>)<br>)<br>) | Case No.   8:26-MJ-1024-AAS |
| _____<br>*Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Salvador Cuevas Jr. _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☑ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

Possession with the Intent to Distribute a Controlled Substance, 5 Kilograms or More of a Mixture Containing a Detectable Amount of Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(ii).

Date:     January 6, 2026 _____

_____
*Issuing officer's signature*

Amanda Arnold Sansone, US Magistrate Judge
ELIZABETH WARREN, Clerk, United States District Court

City and state:     Tampa, FL _____

*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* 1/6/26 , and the person was arrested on *(date)* 1/9/26 <br>at *(city and state)* Tampa, FL . | |
| Date: 1/9/26 | _____<br>*Arresting officer's signature*<br><br>Cristina Viveros, Special Agent<br>*Printed name and title* |