# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
## CLERK'S MINUTES

| CASE NO. | 8:26-mj-1024-AAS | | DATE: | January 14, 2026 |
|---|---|---|---|---|
| **HONORABLE AMANDA A. SANSONE** | | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>SALVADOR CUEVAS, JR. | | | **LANGUAGE:** | N/A |
| | | | **GOVERNMENT COUNSEL**<br>Jackson Boggs | |
| | | | **DEFENSE COUNSEL**<br>Ryan Maguire | |
| **COURT REPORTER:** Digital | | | **DEPUTY CLERK:** | Jeremiah Smith |
| **TIME:** | 2:13 PM – 2:35 PM | **TOTAL:** 22 Minutes | **PRETRIAL:** | N/A |
| | | | **COURTROOM:** | 10B |

**PROCEEDINGS**: **DETENTION HEARING**

Court in session. Counsel identified themselves for the record.

The Court held a detention hearing.

The Government advised it has no objection to Mr. Cuevas's release from custody. Proffer made by counsel.

Defense counsel sought the Defendant's release from custody. Proffer made by counsel.

The Court ordered the Defendant released subject to the conditions set forth in the Order of Release.

Court adjourned.