# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                    Case No.: 8:26-cr-36-VMC-CPT

SALVADOR CUEVAS, JR.

_____/

## NOTICE OF APPEARANCE

Comes now, Ryan J. Maguire, attorney for Defendant, and hereby enters this Notice of Appearance on his behalf in the above-captioned cause

## WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA

I, Salvador Cuevas, Jr., the above-named defendant, do hereby waive my right to be present at Arraignment and enter a plea of not guilty to the charges. I hereby state that I have received a copy of the charging instrument.

_____          SalvadorCuevas   X Salvador Cuevas Jr

Ryan J. Maguire, Counsel for Defendant     Salvador Cuevas Jr., Defendant

Date. ~~02/05/2026~~ 2/6/2026

**IF DEFENDANT WAIVES HIS/HER/ITS RIGHT TO BE PRESENT AT THE SCHEDULED ARRAIGNMENT, COUNSEL FOR THE GOVERNMENT AND DEFENDANT MAY APPEAR TELEPHONICALLY AT THAT PROCEEDING.**

REQUEST FOR DISCOVERY

Comes now, <u>Salvador Cuevas , Jr.</u>, by and through his undersigned attorney, and hereby gives notice that (he/she/it) will participate in all discovery allowed by the Federal Rules of Criminal Procedure, in the above-captioned cause.

/s/ *Ryan J. Maguire*

Ryan J. Maguire, Counsel for Defendant
Assistant Federal Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Email: ryan_maguire@fd.org

CONSENT TO WAIVER OF DEFENDANT"S
PRESENCE AT ARRAIGNMENT AND RECEIPT OF
GUILTY PLEA


I hereby accept the Defendant's waiver of their presence and the

presence of their attorney at the Arraignment and direct that the plea of not

guilty be received for filing.  The matter of discovery will be addressed by

separate order.


_____

CHRISTOPHER P. TUITE
UNITED STATES MAGISTRATE JUDGE


Date:_____

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of February 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Karyna Valdes, AUSA

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s/ Ryan J. Maguire*
Ryan J. Maguire
Assistant Federal Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org