UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                        CASE NO. 8:26-cr-36-VMC-CPT

SALVADOR CUEVAS JR.

**JOINT NOTICE OF SPEEDY TRIAL CALCULATION**

As required by the Court's March 4, 2026 Order (Doc. 28), the parties advise the Court that pursuant to 18 U.S.C. § 3161(c)(1), speedy trial will run as to Defendant Salvador Cuevas Jr. on Friday, April 24, 2026. Twenty-six days have passed since Cuevas Jr. was arraigned in federal court as of the date of this filing.

The undersigned has conferred with Assistant Federal Defender Ryan J. Maguire, counsel for Cuevas Jr., who agrees with the calculation in this pleading.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:   */s/ E. Jackson Boggs Jr.*
E. Jackson Boggs Jr.
Assistant United States Attorney
USA No.: 080
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Jackson.Boggs@usdoj.gov

**U.S. v. Cuevas Jr.**                              **Case No. 8:26-cr-36-VMC-CPT**

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2026, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to all counsel of record.

*/s/ E. Jackson Boggs Jr.*

E. Jackson Boggs Jr.
Assistant United States Attorney
USA No.: 080
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Jackson.Boggs@usdoj.gov