UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 8:26-cr-36-VMC-CPT

SALVADOR CUEVAS, JR.

**MOTION TO APPEAR ON
BEHALF OF GOVERNMENT COUNSEL OF RECORD**

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, files this motion for Assistant United States

Attorney Muriel Moore to appear on behalf of Assistant United States Attorney

E.Jackson Boggs, Jr. who is counsel of record for the government. Mr. Boggs is

currently out of town.

1

The undersigned requests permission for Assistant United States Attorney Muriel Moore to appear in lieu of the aforementioned attorney at the status conference scheduled for April 16, 2026 at 9:30 a.m. in Courtroom 14 B.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:    /s/ E. Jackson Boggs, Jr.
E. Jackson Boggs, Jr.
Assistant United States Attorney
United States Attorney No. 080
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Jackson.Boggs@usdoj.gov

2

**U.S. v. Cuevas, Jr.**                                    **Case No. 8:26-cr-36-VMC-CPT**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 16, 2026, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

Counsel of Record

<div style="margin-left: 45%;">

*/s/ E. Jackson Boggs, Jr.*
E. Jackson Boggs, Jr.
Assistant United States Attorney
United States Attorney No. 080
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Jackson.Boggs@usdoj.gov

</div>