# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                                      Case No. **8:26-Cr-36-VMC-CPT**

**SALVADOR CUEVAS**

_____

## NOTICE OF APPEARANCE

Comes now, **Ryan Maguire**, attorney for Defendant, and hereby enters this

Notice of Appearance on his behalf in the above-captioned cause.

## WAIVER OF DEFENDANT'S PRESENCE AT
## ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA

I, **Salvador Cuevas**, the above-named defendant, do hereby waive my right to be

present at Arraignment and enter a plea of not guilty to the charges. I hereby state that I have

received a copy of the charging instrument.

_Ryan Maguire_

Ryan Maguire, Esq.

Salvador Cuevas

Defendant

Date: 4/27/2026 _____

# IF DEFENDANT WAIVES HISHER/ITS RIGHT TO BE PRESENT AT THE SCHEDULED ARRAIGNMENT, COUNSEL FOR THE GOVERNMENT AND DEFENDANT MAY APPEAR TELEPHONICALLY AT THAT PROCEEDING.

**REQUEST FOR DISCOVERY**

Comes now, **Salvador Cuevas**, by and through his undersigned attorney, and hereby gives notice that he will participate in all discovery allowed by the Federal Rules of Criminal Procedure, in the above-captioned cause.

/s/ Ryan J. Maguire
Ryan J. Maguire
Assistant Federal Public Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

**CONSENT TO WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND RECEIPT OF PLEA OF NOT GUILTY**

I hereby accept the Defendant's waiver of their presence and the presence of their attorney at the Arraignment and direct that the plea of not guilty be received for filing. The matter of discovery will be addressed by separate order.

_____
UNITED STATES MAGISTRATE JUDGE

Date:_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of April 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to: Emmett Jackson Boggs, Jr.

*/s/ Ryan J. Maguire*
Ryan J. Maguire,
Assistant Federal Public Defender