**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

    -vs-                            Case No.:  8:26-cr-00036-VMC-CPT

SALVADOR CUEVAS JR.,

      Defendant,

_____/

**CLERK'S MINUTES**
Proceeding: Arraignment
*Courtroom 12B*

Judge: Christopher P. Tuite, U.S. Magistrate Judge        Date: April 28, 2026
Deputy Clerk: Ashley Sanders                     Time: 10:01 a.m.
USPO: none                                   Recess: 10:02 a.m.
Court Reporter: Digital                    Total Time: 1 min
Interpreter: none

Counsel for USA: Jackson Boggs, AUSA
Counsel for Defendant: Ryan Maguire, AFPD

Court calls case and counsel enters appearances.

Defendant has filed a waiver of appearance. Court accepted waiver.

Oral motions for discovery. Motions granted.

Defendant deemed arraigned.

Recess.