UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 8:26-cr-36-VMC-CPT

SALVADOR CUEVAS, JR.

**MOTION TO APPEAR ON
<u>BEHALF OF GOVERNMENT COUNSEL OF RECORD</u>**

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, files this motion for Assistant United States

Attorney Karyna Valdes to appear on behalf of Assistant United States Attorney

E.Jackson Boggs, Jr. who is counsel of record for the government. Mr. Boggs will be

traveling out of the country.

The undersigned requests permission for Assistant United States Attorney Karyna Valdes to appear in lieu of the aforementioned attorney at the status conference scheduled for June 11, 2026 at 9:30 a.m. in Courtroom 14 B.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:   /s/ E. Jackson Boggs, Jr.
E. Jackson Boggs, Jr.
Assistant United States Attorney
United States Attorney No. 080
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Jackson.Boggs@usdoj.gov

2

**U.S. v. Cuevas, Jr.**                                    **Case No. 8:26-cr-36-VMC-CPT**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 10, 2026, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

Counsel of Record

*/s/ E. Jackson Boggs, Jr.*
E. Jackson Boggs, Jr.
Assistant United States Attorney
United States Attorney No. 080
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Jackson.Boggs@usdoj.gov

3