**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**v.**                                               **Case No.: 8:26-cr-00036-VMC-CPT**

**SALVADOR CUEVAS JR.**

_____ /

## MOTION TO APPEAR ON BEHALF OF DEFENSE COUNSEL OF RECORD

The Federal Public Defender's Office, by Charles L. Pritchard, Jr., Federal Defender of Middle District of Florida, files this motion for Assistant Federal Public Defender, Adam Benjamin Allen to appear on behalf of Assistant Federal Public Defender, Ryan J. Maguire who is counsel of record for the defense.

Mr. Maguire will be on pre-approved leave on this date and time. The undersigned requests permission for Assistant Federal Public Defender, Adam Benjamin Allen to appear in lieu of the aforementioned attorney at the status conference scheduled for August 6, 2026, at 9:30 a.m. in Courtroom 14 B.

DATED this 23rd day July 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

/s/ Ryan J. Maguire
Ryan J. Maguire,
Assistant Federal Public Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of July 2026, a true copy of

the foregoing was filed with the Clerk of the Court using the CM/ECF system,

which will send a notice of the electronic filing to:

Jackson Boggs, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire,
Assistant Federal Public Defender