# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION
# HONORABLE AMANDA SANSONE

| | |
|---|---|
| **CASE NO.** 8:26-cr-00036-VMC-CPT | **DATE:** 8/10/2026 |
| **TITLE:** USA v. Salvador Cuevas, Jr | |
| **TIME:** 11:22 a.m. – 12:08 p.m. | **TOTAL TIME:** 46 minutes |
| **Courtroom Deputy:** Octavia Jarnegan | **Pretrial Officer:** Jasmine King |
| **Court Reporter/Digital:** Digital | **Interpreter/Language: N/A** |
| **Counsel for Plaintiff(s):** Jackson Boggs, AUS | |
| **Counsel for Defendant(s):** Ryan Maguire, AFPD | |

## CLERK'S MINUTES
### Show Cause Hearing /Change of Plea

The case was called to order, and appearances were made.

The Court addressed alleged violations of the Defendant's Pretrial Release conditions. The Defendant admitted to the violations. The Defendant tested positive for cocaine and admitted to the positive test result.

The Government moved for detention and proffer made by counsel.

The Defendant opposed detention and sought release, proffer made on Defendant's behalf.

The Court revoked the Defendant's bond and ordered the Defendant detained.

## Change of Plea Hearing

Defendant sworn.

Court advises of defendant's Rule 11 rights.

Notice of Maximum Penalties filed (Doc. 62)

Plea of guilty entered as to Counts One and Two of the Superseding Indictment.

Factual basis established.

Guilty plea accepted.

Referred to probation for pre-sentence investigation.

Sentencing to be scheduled by separate notice before District Judge Covington.

Defendant is remanded into the custody of the USM.