UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


UNITED STATES OF AMERICA

v.

CASE No. 8:26-cr-36-VMC-CPT

SALVADOR CUEVAS, JR.               /


**Defendant's Consent to the Court's Inspection of Presentence Report
Prior to Plea of Guilty, Nolo Contendere, or Finding of Guilt**


I, **SALVADOR CUEVAS, JR.,** hereby consent to review of my presentence report by a judge at any time, including the time prior to entry of a plea of guilty or nolo contendere or a finding of guilt.

I have read, or had read to me, the foregoing consent and fully understand it.   No promise has been made to me as to what the final disposition of my case will be.


_____August 10, 2026_____
Date

*Silvador cuevas jr*
Signature of Defendant


_____August 10, 2026_____
Date

Defendant's Attorney