**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                    Case No.: 8:26-cr-36-VMC-CPT

SALVADOR CUEVAS, JR.

_____

**ACCEPTANCE OF PLEA OF GUILTY**
**AND ADJUDICATION OF GUILT**

The defendant, Salvador Cuevas, Jr., entered a plea of guilty to Counts One and Two of the Superseding Indictment before Magistrate Judge Amanda Arnold Sansone on August 10, 2026. The Magistrate Judge issued a Report and Recommendation in which she recommended the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

Accordingly, it is ORDERED and ADJUDGED:

1.    That the Magistrate Judge's Report and Recommendation be adopted and confirmed and made a part hereof.

2.    That the defendant, Salvador Cuevas, Jr., be adjudicated guilty as to Counts One and Two.

3.    That sentencing be scheduled for *November 10, 2026, at 10:00 AM,* in Courtroom 14B of the Sam M. Gibbons Courthouse, Tampa, Florida.

4.    Defense counsel must review the PSI Report with their client prior to sentencing. Counsel should notify CRD Gretchen O'Brien at 813-301-5348 if it appears that the sentencing hearing will be contested or if more than 45 minutes will be needed for the hearing.

5.    Counsel for both parties must file a sentencing memorandum setting forth that respective party's sentencing recommendation. The memoranda are due no later than **seven (7) days** before the sentencing date.

6.    Counsel must file any motion for a continuance of sentencing no later than **fourteen (14) days** before the sentencing date. A motion for continuance must include a statement of the other party's support or opposition to the proposed continuance.

7.	The Court notifies any defendant currently on pretrial release that, under 18 U.S.C. § 3143(a)(2), the Court is required to remand a defendant into custody at sentencing in drug cases and cases involving crimes of violence.

**ORDERED** in Tampa, Florida on August 10, 2026.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE